## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **RELATED TO:** | |
| **THE CITY OF SPRINGFIELD, OHIO, et al.,** | 26-mc-1-amb |
| Plaintiffs, | |
| v. | |
| **THE BLOOD TRIBE, et al.,** | |
| Defendants. | |

## NON-PARTY WITNESS JORDAN SCHLOSSER'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

### (ORAL ARGUMENT NOT REQUESTED)

NOW COMES Non-Party Witness Jordan Schlosser ("Mr. Schlosser"), pro se, a non-party witness, pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby propounds upon the City of Springfield, Ohio, Mayor Rob Rue, Assistant Mayor Dr. David Estrop, City Commissioners Krystal Brown and Tracey Tackett, Taylor Flora, Casey Rollins, Jessica Shafer, and Randall Comer (collectively "Plaintiffs") and this Honorable Court to quash the subpoenas and for Protective Order:

1. For the reasons set forth within Non-Party Witness Mr. Schlosser's Brief in Support of His Motion to Quash Subpoena and for Protective Order, the Court should quash the subpoenas Plaintiffs served to Mr. Schlosser on February 25, 2026, and/or issue a protective order.

WHEREFORE, Mr. Schlosser prays that this Honorable Court will grant the instant Motion by ordering that the subpoenas Plaintiffs served to Mr. Schlosser on February 25, 2026, be quashed and that the Court will issue a protective order which serves the interests of justice.

Respectfully submitted,

/s/ Jordan Schlosser
Jordan Schlosser
2761 East County Road C,
Eau Galle, Wisconsin 54737
Dated: March 8, 2026